UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Mark Vedrani

v.                                      Civil No. 09-cv-320-JL

William Wrenn, Commissioner
New Hampshire Department of
Corrections, et al.


**PROCEDURAL ORDER**

On March 30, 2011, the court denied without prejudice the

defendant's motion for summary judgment.  The parties are ordered

to confer and schedule an evidentiary hearing with the clerk

which will address Issues 1, 2, and 3 as set forth in Judge

Muirhead's November 18, 2099 order (document no. 4).

The parties shall file supplemental briefs no later than **7

days** before the hearing.  The briefs shall address Issues 1

through 3, and shall specifically address:

> •   the overarching issue, implicated in Issues 1 and 2, of
> defense counsel's election of a trial strategy and tactics
> in pursuance of a "mutual combat" finding by the jury, as
> opposed to the assertion of self-defense as an affirmative
> defense.  Counsel shall specifically address and cite
> applicable federal authority on the permissibility and
> constitutional implications of counsel's election of a trial
> strategy or tactic that is inconsistent with a strategy
> desired by a defendant, and in support of which a defendant
> purportedly wished to testify;[1] and

---

[1]In other words, was defense counsel required to adopt the
strategy and tactics urged by his client?  And if so, was his
failure to do so a violation of his client's constitutional
rights?

• the legal operation of "mutual combat" under the New Hampshire Criminal Code as an offense, a lesser included offense, and an affirmative defense, both in general and under the particular circumstances present in this case.

The briefs shall not include citations to the record, but rather shall include as exhibits any portion of the record cited in the brief.

Further, the brief shall identify the applicable standard of review, and identify all points in the state court record where each claim was addressed.

The parties are allowed 35 pages, not including exhibits.


**SO ORDERED.**

_____

Joseph N. Laplante
United States District Judge

Dated:  June 10, 2011

cc:  Sven Wiberg, Esq.
     Elizabeth C. Woodcock, Esq.

2