UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Mark Vedrani

    v.                         Civil No. 09-cv-320-JL

William Wrenn, et al.

## O R D E R

The petitioner/movant has not requested a certificate of appealability, or otherwise shown that reasonable jurists could debate whether the petition/motion should have been resolved in a different manner, that the issues presented were adequate to deserve encouragement to proceed further, or otherwise made a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 483-84 (2000).

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: September 14, 2011

cc: Sven D. Wiberg, Esq.
    Elizabeth C. Woodcock, Esq.