UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Mark Vedrani</u>

    v.                            Civil No. 09-cv-320-JL

<u>William Wrenn, et al.</u>

### **O R D E R**

The petitioner/movant has not requested a certificate of appealability, or otherwise shown that reasonable jurists could debate whether the petition/motion should have been resolved in a different manner, that the issues presented were adequate to deserve encouragement to proceed further, or otherwise made a substantial showing of the denial of a constitutional right. <u>See</u> <u>28 U.S.C. § 2253(c)(2)</u>; <u>Slack v. McDaniel</u>, 529 U.S. 473, 483-84 (2000).

**SO ORDERED.**

_/s/ Joe Laplante_
Joseph N. Laplante
United States District Judge

Dated: September 14, 2011

cc: Sven D. Wiberg, Esq.
    Elizabeth C. Woodcock, Esq.